Andrew H. Koor, O'Fallon, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., CRAHAN, J., and DRAPER, J.

*ORDER*

PER CURIAM.

Appellant Jason Ponze appeals the judgment denying his Rule 24.035 motion to vacate, set aside, or correct the judgment or sentence.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. Rule 24.035(k). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties, however, have been furnished with a memorandum, for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., CRAHAN and DRAPER, JJ.

*ORDER*

PER CURIAM.

Tinya Williams ("Movant") appeals the trial court's judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum, for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Tinya WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77643.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 16, 2001.

**Michael A. LYONS, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. ED 77714.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 16, 2001.

Daniel L. Mohs, St. Louis, for appellant.